UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-32-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PAUL WILLIAM FANTZ | ) | |

On 1 December 2014, this case came before the court on defendant's sentencing hearing. During the hearing, the court raised the issue of obtaining a mental evaluation of defendant prior to imposing the sentence. After hearing from counsel regarding the issue, the court determined that it desires more information about defendant's mental condition than is otherwise available to it and directed the parties to submit the names of up to two mental health providers whom the court might appoint to conduct the evaluation.

It is hereby ORDERED pursuant to 18 U.S.C. § 3552(b) and (c) that Dr. Moira Artigues is APPOINTED to conduct a study of defendant and prepare a report concerning defendant's mental health, including whether defendant suffers from any mental impairment or condition that may have affected his conduct or which might influence a determination of the sentence to be imposed. Such report shall be filed with the court, under seal and available to case participants, on or before 14 January 2015. As stated in open court, defendant's sentencing is CONTINUED to 2 February 2015.

This 10 December 2014.

_____
W. Earl Britt
Senior U.S. District Judge