IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-32-BR

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | <u>ORDER</u> |
|  | ) |  |
| PAUL WILLIAM FANTZ | ) |  |

This matter is before the court on defendant's second petition for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), requesting a reduction of his term of imprisonment to time served with "an Order of Home Confinement a[s] a condition of Supervised Release." (DE # 56, at 17.) The United States Probation Office has informed the court that the Bureau of Prisons has recently released defendant to home confinement. Accordingly, defendant's petition for compassionate release and motion to supplement the record, (DE # 59), are DENIED as moot.

This 5 October 2020.

_____
W. Earl Britt
Senior U.S. District Judge